UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 8/19/2026

------------------------------------------------------------ X
UNITED STATES OF AMERICA, :
:
-against- :
:
MICHAEL JOHNSON, : 1:16-cr-396-GHW-8
:
Defendant(s). : ORDER
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

A status conference in this matter will take place on September 29, 2026 at 11:00 a.m. The conference will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the conference as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: August 19, 2026
New York, New York

GREGORY H. WOODS
United States District Judge