ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

September 23, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/2026

**MEMORANDUM ENDORSED**

**By ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Bailey et al.,
Including MICHAEL JOHNSON
16 Cr. 396 (GHW)

Dear Judge Woods:

I am the attorney for Michael Johnson, the defendant in the above-named violation of supervised release matter. A preliminary revocation hearing is currently scheduled for September 29, 2026 at 11:00 a.m. I write without objection from the government, by AUSA Nicholas Mendez, and Probation Officer Brianna Willborn, to request an adjournment of the preliminary revocation hearing to November 4 or 5, 2026, at any time that is convenient for the Court. The reason for this request is that Mr. Johnson is scheduled to appear in Manhattan Criminal Court for his state case, the case which serves as the basis for the instant violation, on October 22, 2026. We therefore request an adjournment to November 4 or 5 to allow time for potential resolution of the state court matter before proceeding with the preliminary revocation hearing.

If the Court has any questions regarding this application, please do not hesitate to contact me.

Respectfully submitted,
/s/
Jeremy Schneider

cc: AUSA Nicholas Mendez (by ECF)
USPO Brianna Willborn (by Email)

Application granted. The hearing scheduled for September 29, 2026 is adjourned to November 4, 2026 at 10:00 a.m.

SO ORDERED.

Dated: September 24, 2026
New York, New York

GREGORY H. WOODS
United States District Judge