**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMORANDUM ENDORSED**

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/2026

October 27, 2026

**BY ECF**
The Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:** ***United States* v. *Michael Johnson*, No. 16 Cr. 396 (GHW)**

Dear Judge Woods:

The parties have conferred and respectfully request that the Court adjourn the conference scheduled for November 4, 2026, at 10:00 a.m., to January 21, 2027, at 12:00 p.m. This time will permit the parties to continue to discuss a pre-hearing resolution in this case.

Very truly yours,

JAMES M. MCDONALD
United States Attorney

by: ______________________________
Nicholas M. Mendez
Assistant United States Attorney
(212) 637-0903

Application granted. The conference previously scheduled for November 4, 2026 at 10:00 a.m. is adjourned to January 21, 2027 at 12:00 p.m.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 889.
SO ORDERED.
Dated: October 28, 2026
New York, New York

______________________________
GREGORY H. WOODS
United States District Judge